## IN THE SUPREME COURT, STATE OF WYOMING

## 2026 WY 58

*April Term, A.D. 2026*

**May 28, 2026**

DANIEL K. EVANS,

**Appellant**
**(Defendant),**

**v.**                                                            S-26-0027

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional no contest plea to one count of sexual abuse of a minor in the second degree in violation of Wyo. Stat. Ann. § 6-2-315(a)(ii) and to one count of attempted sexual abuse of a minor in the first degree in violation of Wyo. Stat. Ann. § 6-1-301, 6-2-314(a)(i).  For the second-degree count, the district court imposed a sentence of 10 to 15 years of incarceration and, for the attempted first-degree count, the court imposed a sentence of 25 to 30 years of incarceration.  The court ordered each count to run concurrent.  Appellant filed this appeal to challenge the district court's December 8, 2025, Judgment and Sentence.

[¶2]    On March 3, 2026, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, *if*

appropriate, make a final decision on this appeal.  Appellant has not filed a *pro se* brief in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Daniel K. Evans, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Converse County District Court's December 8, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 28th day of May, 2026.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**